LOUIS GROSS, Doing Business, etc., Respondent, v. ESMCO AUTO PRODUCTS CORPORATION, Appellant. ESMCO AUTO PRODUCTS CORPORATION, Appellant, v. LOUIS GROSS, Doing Business, etc., Respondent. ESMCO AUTO PRODUCTS CORPORATION, Appellant, v. LOUIS GROSS, Doing Business, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.